UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26–cv–02785–MWF–AS          Date          May 12, 2026

Title      GERMAN PEREZ V. 69/57 VILLAGE, LLC ET AL


PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

      Rita Sanchez                              Not Reported;
    Courtroom Deputy                          Court Reporter

    Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
            None Present                              None Present


**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**


     In light of the Notice of Settlement filed 5/11/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 17, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

     **IT IS SO ORDERED.**


                                                    Initials of Clerk:  rs